# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **POLLY JANE HOPKINS** and **STANLEY HOPKINS,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| V. | ) ) | **CIVIL ACTION NO.** |
| **JOHN WESLEY GRIFFIN, DIVERSIFIED DELIVERY SOLUTIONS, LLC, MIKE BRES, BOYETTE ENTERPRISES, LLC d/b/a BLUE STREAK EXPEDITING,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## COMPLAINT

COME NOW the Plaintiffs, by and through the undersigned counsel, and file this their Complaint against the defendants as follows:

### PARTIES, JURISDICTION AND VENUE

1.

Plaintiffs, Polly Jane Hopkins, ("Ms. Hopkins"), and Stanley Hopkins ("Mr. Hopkins") are husband and wife and adult residents of the State of Georgia.

2.

As will be more particularly described in this Complaint, Polly Jane Hopkins was severely injured in the collision made the basis of this suit. She has permanent injuries.

3.

Defendant, John Wesley Griffin, ("Defendant Griffin"), is an adult resident of the State of Alabama. Defendant Griffin's address is 217 Blackmon Circle, Adamsville, Alabama 35005.

4.

Defendant, Diversified Delivery Solutions, LLC, ("Defendant Diversified"), is an Alabama limited liability corporation, whose principal address is in Hoover, Alabama. Defendant Diversified's principal address is listed at 2531 Redstart Lane, Hoover, Alabama 35226. Defendant Diversified's registered agent is CSC Lawyers Incorporating SVC, Inc., 150 South Perry Street, Montgomery, Alabama 36104.

5.

Defendant, Mike Bres, ("Defendant Bres"), is an adult resident of the State of Alabama. Defendant Bres' residence is located at 2531 Redstart Lane, Hoover, Alabama 35226. Defendant Bres is the owner and principal shareholder of Defendant Diversified Delivery Solutions, LLC.

6.

Defendant, Boyett Enterprises, LLC, d/b/a Blue Streak Expediting, ("Defendant Boyett"), is a Florida limited liability corporation, whose principal place of business is located at 3840 Belfort Road #303, Jacksonville, FL 32216. Defendant Bres' registered agent is The Farah Law Group located at 6550 St. Augustine Road, Suite 103, Jacksonville, FL 32217.

7.

Jurisdiction in this case is founded under the provision of 28 U.S.C. §1332(a), et seq., which grants this court jurisdiction in civil actions on the basis of diversity of citizenship where the matter in controversy, exclusive of interests and costs, exceeds seventy-five thousand dollars. ($75,000.00).

8.

The Court has proper venue pursuant to 28 U.S.C. §1391(a), as the incident made the basis of this suit occurred in Talladega County, Alabama which is in the Northern District of Alabama.

## **COUNT 1**

### **NEGLIGENCE AND/OR WANTONNESS OF DEFENDANTS**

9.

Plaintiff adopts and realleges each and every allegation contained in paragraphs 1 through 8 above as if fully set forth herein.

10.

On January 30, 2018, at approximately 9:39 a.m., Ms. Hopkins was traveling south on AL 275, approaching the intersection with Jackson Trace Road, in Talladega, Alabama.

11.

At the same time, Defendant Griffin was the driver of a large 2008 Delivery van traveling north on Jackson Trace Road, approaching the intersection with AL 275, in Talladega Alabama.

12.

Plaintiffs further allege at that time Defendant negligently and wantonly failed to stop at a properly marked stop sign or yield at a subsequent yield sign.  Defendant Griffin, after failing to stop or yield, pulled out into the intersection of Jackson Trace Road and AL 275 and into the path of Ms. Hopkins, causing a horrific and terrible crash and significant injuries to Ms. Hopkins.

13.

Ms. Hopkins required extrication by the Talladega Fire and Rescue and NorthStar Paramedics.  Ms. Hopkins was immediately transported to Citizens Brookwood Hospital in Talladega where she was stabilized and then transported to UAB Medical Center for a staged reconstruction of the right ankle and tibia/fibula.  She required two (2) separate ankle and tibia/fibula surgeries and was hospitalized at UAB through February 8, 2018.  On February 8th, 2018, Ms. Hopkins was transported by ambulance to Floyd Medical Center in Cedartown, Georgia (her hometown) where she remained hospitalized for extensive inpatient rehabilitation through February 21st.  During the rehabilitation, Ms. Hopkins was transported by ambulance back to UAB for surgery follow-up.  She was prescribed outpatient rehabilitation at the Floyd Medical Center Rehab facility in Cedartown and is still receiving physical therapy and rehabilitation at Floyd Medical Center.

Ms. Hopkins suffered the following permanent, debilitating, and life altering injuries: Open fractures of her right ankle and tibia/fibula (trimalleolar fractures), fractured sternum, fractured left wrist/arm along with multiple bruises, abrasions, loss of blood from her body at the crash scene, stitches, scars, pain over her entire body, including her low, mid, and upper back and neck, pain about her head, headaches, loss of consciousness, closed head injury, hospitalization, surgeries, physical therapies, stiffness, soreness, antalgic gait, range of motion problems, limping,

use of a cane, pain, permanent injuries, the need for continued and future medical care and help, lost wages and mental difficulties while driving, reliving the event, post traumatic stress and depression from loss of mobility, fear of needing to run and not being able to do it, loss of enjoyment of everyday activities and hobbies, loss of ability to stand for any length of time on her feet, and other injuries that have completely, permanently and tragically altered her life. Ms. Hopkins has incurred medical bills of over $280,000.00, and this figure will continue to rise for the remainder of her life as she needs medical care and help, both physically and mentally.

14.

Ms. Hopkins suffered lost wages and diminution on her ability to work and enjoy work.

15.

Ms. Hopkins' life has been permanently and severely up-ended and changed as a result of the negligence of the Defendants.

16.

Defendant Griffin was operating a large delivery van in the course and scope of employment with Defendants Diversified, Bres and Boyett. Defendant Griffin is responsible for his conduct, and Defendants Diversified, Bres and Boyett, are responsible for the actions and conduct of their employee driving their large delivery van in the course and scope of his employment and in furtherance of the business of Defendants Diversified, Bres and Boyett. Defendants Diversified and Boyett are common motor carriers as that term is defined under Alabama and federal law.

17.

Defendant Bres is the owner and principal shareholder of Defendant Diversified and Defendant Bres is responsible as the employer of Defendant Griffin who caused the crash while in the course and scope of his employment with Defendant Bres.

18.

Defendant Boyett Enterprises, d/b/a Blue Streak Expediting, was engaged in the interstate shipment of products as the employer, contractor and common business enterprise partner/principal of Defendant Diversified and Defendant Griffin.

19.

The conduct of the defendants herein was wrongful, negligent, and/or wanton and renders said Defendants liable to the Plaintiffs.

WHEREFORE, the Plaintiffs demand judgment against the Defendants for compensatory and punitive damages in an amount that would be mete, just and proper under the circumstances and under the damage laws of the State of Alabama.

## COURT II NEGLIGENT AND/OR WANTON HIRING

20.

Plaintiff reavers and realleges all of the allegations in the preceding paragraphs as if set out in full herein.

21.

The Defendants, including Diversified, Bres, and Boyett, negligently and/or wantonly hired and continued to employ John Wesley Griffin to drive a vehicle on the public roads of Alabama without proper background investigation, checking or monitoring his driving history and/or criminal history.  This negligence and/or wantonness contributed to and/or caused the wreck to occur on January 30, 2018, which resulted in the injuries to the Plaintiff, Polly Jane Hopkins.

## COUNT III NEGLIGENT AND/OR WANTON TRAINING AND SUPERVISION

22.

Plaintiff re-avers and realleges all of the allegations in the preceding paragraphs as if set out in full herein.

23.

The Defendants including Diversified, Bres and Boyett negligently and/or wantonly trained John Wesley Griffin during his employment.  This negligent and/or wanton training prevented him from being properly qualified to drive a vehicle on the public roads of Alabama, which caused and/or contributed to the collision, which resulted in the injuries to the Plaintiff Polly Jane Hopkins.

24.

The Defendants negligently and/or wantonly supervised John Wesley Griffin during his employment by failing to have necessary safety management controls in place and functioning to meet safety fitness standards.  This negligent and/or wanton supervision led to him being

unqualified to drive a vehicle on the public roads of Alabama and lack of supervision caused and/or contributed to the injuries of Plaintiff, Polly Jane Hopkins.

## **COUNT IV STANLEY HOPKINS' CLAIM FOR**

## **LOSS OF CONSORTIUM**

25.

Plaintiff adopts and realleges each and every allegation contained in paragraphs 1 through 24 above as if fully set forth herein.

26.

Stanley Hopkins is the husband of Plaintiff, Polly Hopkins.  The aforesaid breach of legal duties by Defendants, as set forth herein and as a proximate consequence of said negligent, wanton, or wrongful conduct, Defendants caused Plaintiff, Stanley Hopkins, to suffer the following injuries and damages.

   (a) He was caused and will be caused in the future to incur medical bills on behalf of his wife.

   (b) He was caused to lose wages to care for his wife

   (c) He was caused, and will be caused in the future, to incur substantial caretaker services in caring for his wife.

   (d) He was caused to suffer emotional and mental anguish.

WHEREFORE, on the basis of the foregoing, Plaintiffs request that the jury selected to hear this case render a verdict for them against Defendants for compensatory and punitive damages

in an amount which will adequately compensate them for the injuries and damages they sustained and to punish and deter said actions or such conduct by the Defendants in the future.

**PLAINTIFF HEREBY DEMANDS TRIAL BY STRUCK JURY**

Respectfully Submitted,

/s/Spencer T. Bachus, III
Spencer T. Bachus, III ASB-5865-A58S

| /s/Spencer T. Bachus, III | /s/William L. Lundy, Jr. |
|---|---|
| Spencer T. Bachus, III | William L. Lundy, Jr. |
| ASB-5865-A58S | ASB-5310-L52W |
| Attorney for Plaintiff | Attorney for Plaintiff |
| Bachus & Brom, LLC | Parker and Lundy |
| 420 20th Street North, Suite 2000 | P.O. Box 1018 |
| Birmingham, Alabama  35203 | Cedartown, GA 30125 |
| Telephone: (205) 970-7775 | Telephone: (770) 748-5643 |
| Facsimile: (205) 970-7776 | Facsimile:  (770) 748-5128 |
| Email: sbachus@bachusbrom.com | Email:  parklun@aol.com |

/s/Randy A. Dempsey
Randy A. Dempsey
ASB-9932-D50R
Attorney for Plaintiff
Dempsey, Steed, Stewart, Ritchey & Gaché, LLP
1122 22nd Street North
Birmingham, Alabama  35234
Telephone: (205) 328-0162
Facsimile:  (205) 328-0172
Email:  dempsey@dempseysteed.com

**PLAINTIFF'S ADDRESS**
489 Little Harmony Drive
Cedartown, GA  30125

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AS FOLLOWS:**

**John Wesley Griffin**
217 Blackmon Circle
Adamsville, AL  35005

**Mike Bres**
2531 Redstart Lane
Hoover, AL  35226

**Boyett Enterprises, LLC**
The Farah Law Group
6550 St. Augustine Road, Suite 103
Jacksonville, FL  32217

**Diversified Delivery Solutions**
CSC Lawyers Incorporating SVC, Inc.
150 South Perry Street
Montgomery, AL  36104